# CASES DISMISSED BECAUSE NO BRIEFS HAD BEEN FILED BY THE APPELLANTS.

No. 2083. PEOPLE *v*. ORTIZ.—Violation of the Excise-Tax Law. Second District Court of San Juan. June 5, 1923.

No 2082. PEOPLE *v*. MEDRANO. — Assault and battery. District Court of Aguadilla. June 7, 1923.

No. 2086. PEOPLE *v*. COLÓN.—Assault and Battery. Second District Court of San Juan. June 15, 1923.

No. 2088. PEOPLE *v*. CUADRADO.—Voluntary manslaughter. Second District Court of San Juan. June 15, 1923.

No. 2090. PEOPLE *v*. GONZÁLEZ ET AL.—District Court of Humacao. Breach of the peace. June 19, 1923.

No. 2096. PEOPLE *v*. RENTA.—Adulteration of milk. District Court of Ponce. June 22, 1923.

No. 2097. PEOPLE *v*. RIBERA.—Adulteration of milk. District Court of Ponce. June 22, 1923.

No. 2092. PEOPLE *v*. LÓPEZ.—Assault and battery. Second District Court of San Juan. June 21, 1923.

No. 2101. PEOPLE *v*. VALENTÍN.—Violation of the Excise-Tax Law. District Court of Mayagüez. June 28, 1923.

No. 2099. PEOPLE *v*. MARTÍNEZ.—Violation of the Excise-Tax Law. District Court of Mayagüez. July 2, 1923.

No. 2100. PEOPLE *v*. MORALES.—Violation of the Excise-Tax Law. District Court of Mayagüez. July 2, 1923.

No. 2102. PEOPLE *v*. ACEVEDO.—Adulteration of milk. District Court of Arecibo. July 23, 1923.

No. 2106. PEOPLE *v*. WEBER.—Crime against nature. District Court of Mayagüez. November 9, 1923.

No. 2062. PEOPLE *v*. JUSINO.—Violation of the Excise-Tax Law. District Court of Arecibo. November 14, 1923.

No. 2110. PEOPLE *v*. ORTIZ ET AL.—Breach of the peace. District Court of Humacao. November 15, 1923.